MAGGIE WEGMANN, as Administratrix with the Will Annexed of the Estate of WILHELMINA KRESS, Deceased, Appellant, *v.* CHRISTIAN KRESS, Respondent.

*Wegmann* v. *Kress*, 152 App Div. 937, affirmed.
(Argued May 7, 1913; decided May 23, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered October 17, 1912, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover the sum of $1,550, as for money had and received. The plaintiff's claim was based upon the fact that when the plaintiff's testatrix died, two mortgages were outstanding on two separate pieces of property in Brooklyn, which had been made to the defendant and the said testatrix as husband and wife and on which the defendant had collected $3,100.

*James H. Hickey* and *Edward B. Bloss* for appellant.

*Robert H. Roy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.